UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E TRADE FINANCIAL CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>JULIUS AGBONBHASE,<br><br>    Defendant. | Case No. 19-cv-00030-SVK<br><br>**ORDER RE PLAINTIFF'S EX PARTE APPLICATION FOR EXPEDITED DISCOVERY**<br><br>Re: Dkt. Nos. 8, 9 |

Before the Court is Plaintiff's Ex Parte Application for Expedited Discovery (the "Application"). ECF 8, 9. The Court ORDERS as follows:

- The Application purports to set a hearing date of January 8, 2019. ECF 8. Civil Local Rule 7-10 provides:

  > Unless otherwise ordered by the assigned Judge, a party may file an *ex parte* motion, that is, a motion filed without notice to opposing party, only if a statute, Federal Rule, local rule or Standing Order authorizes the filing of an *ex parte* motion in the circumstances and the party has complied with the applicable provisions allowing the party to approach the Court on an *ex parte* basis. The motion must include a citation to the statute, rule or order which permits the use of an *ex parte* motion to obtain the relief sought.

  Plaintiff has not cited any statute, rule, or order permitting it to seek ex parte relief under the circumstances present here. Accordingly, the January 8, 2019 hearing in TERMINATED,

- This case was assigned at filing to the undersigned magistrate judge. Consent of all parties is required for the magistrate judge to proceed. *See* 28 U.S.C. § 636(c). The deadline for consent or declination, originally set for January 17, 2019 (*see* ECF 5), is hereby advanced to **January 7, 2019.**

- If consent of all parties is received by January 7, 2019, the briefing schedule on

Plaintiff's Application is as follows:

    Plaintiff's opening brief: ECF 8-9

    Defendant's response due January 11, 2019

    Reply due by <u>noon</u> on January 14, 2019

    Hearing on January 15, 2019 at 10:00 a.m. in Courtroom 6

- If consent of all parties is not received by January 7, 2019, this case will be reassigned to a district judge.
- Plaintiff must provide Defendant's counsel with copies of the complaint, the Application (ECF 8, 9), and this order by 4:00 p.m. P.S.T. today (January 4, 2019).

**SO ORDERED.**

Dated: January 4, 2019

*/s/ Susan van Keulen*

SUSAN VAN KEULEN
United States Magistrate Judge